CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

THOMAS & WAN, LLP
Linda Laurent Thomas
Michelle W. Wan
909B West Main
Houston, Texas 77006

LAW OFFICES OF MICHAEL A. POHL
Michael A. Pohl
11111 Katy Freeway, Suite 910
Houston, Texas 77079

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 4, 2007

                                                              /s/
                                            Julie A. Calidonio