UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

---

## ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and

said sponsor attorney's declaration that applicant Michael B. MacWilliams is a member in good

standing of the bar of the State of Maryland and of the United States District Court for the

District of Maryland;

and that applicant's contact information is as follows:

Applicant's Name: Michael B. MacWilliams

Firm Name: Venable LLP

Address: 2 Hopkins Plaza, Suite 1800

City/State/Zip: Baltimore, Maryland 21201

Telephone/Fax: 410.244.7514 (p), 410.244.7742 (f)

Email Address: mbmacwilliams@venable.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for

Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Michael B. MacWilliams is admitted to practice pro hac vice

in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

2

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov.  Counsel shall immediately forward the pro hac vice fee to the Clerk of

the Court.


Dated: December 17 2007

      New York, New York

                                                 John F. Keenan
                                               United States District Judge



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District

of Maryland,

**DO HEREBY CERTIFY that, MICHAEL B. MacWILLIAMS,**

**ESQUIRE, BAR NUMBER 23442,** was duly admitted to practice in the

United States District Court for the District of Maryland on June 23, 1995, and is

currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland                    **FELICIA C. CANNON**
                                                          **Clerk**

Date: December 12, 2007

**Catherine Scaffidi - Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### MICHAEL  B.  MACWILLIAMS

was, on the  5th   day of  January  A.D.  1998  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  12th    day of  December A.D. 2007.

**NANCY M. MAYER-WHITTINGTON, CLERK**



By: _____
**Deputy Clerk**



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# E – FILING REGISTRATION FORM

| **Requirements:** An attorney seeking to file documents electronically must be (1.) admitted to practice in the United States District Court for the Southern District of New York and be a member in good standing with the Court pursuant to Local Civil Rule 1.3 (2.) admitted pro hac vice or (3.) authorized to represent the United States of America. | **Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Southern District of New York. Complete the form on-line and submit the form on-line **OR** print a hard copy, sign it, and present it to the Clerk's office at the address provided. **After verification, your user id and password will be electronically mailed to your e-mail address.** |
|---|---|

(Please type your full name, including suffix. e.g. Sr., Jr., II, III, etc.)

First Name: Michael     Middle Name: Broughton     Last Name: MacWilliams

If appropriate, check one: Sr. [x]  Jr. [ ]  II [ ]  III [ ]

E-Mail: mbmacwilliams@venable.com     Telephone: (410) 244-7514     Fax: (410) 244-7742

Affiliation/Firm: Venable LLP     Firm's Telephone: (410) 244-7400

Address: 2 Hopkins Plaza, Suite 1800     City: Baltimore

State: (i.e. NY) MD     Zip: 21201     County of Affiliation/Firm: Baltimore

> Please provide an alpha, numeric or alphanumeric code (unique personal identifier) that will be maintained confidentially for confirming your identity should you require your password changed or reassigned.     conormac1

Are you admitted to the bar of the Southern District of New York and a member in good standing or an attorney otherwise authorized to represent the United States?     Yes [x]     No [ ]

| Date admitted to the bar of this Court or authorized to represent the United States: _____ (mm/dd/yyyy) | Bar Code (SDNY) / Govt. ID: _____ |
|---|---|
| If admitted pro hac vice, please complete. Date motion granted: _____ In case number: _____ (mm/dd/yyyy) | If Attorney of Record in MDL action, provide MDL case number: 06-1789 |

By submitting this form electronically or in paper form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and immediately notify the court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the court if there is _____ ail address, firm address, telephone number, etc., and I will update the appropr

_[signature]_     12/12/2007
                    Date

Click button below to submit form on-line **OR** submit completed Registration Form *via hand delivery or U.S. Mail* to:

**United States District Court**
**Southern District of New York**
**Daniel Patrick Moynihan U.S. Courthouse**
**Attention: CM/ECF Registrar**
**500 Pearl Street**
**New York, NY 10007-1312**

| **Court Use Only:** |
|---|
| User Code Assigned: _____ |
| Password Assigned: _____ |
| Issuer: _____     SCAN ☐    DB ☐ |

## Click to Submit     Reset all fields

SDNY Web 1/2003 attyreg.pdf